```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ILLINOIS UNION INSURANCE COMPANY,                                      :
                                                                       :
                               Plaintiff,                              :
                                                                       :           21 Civ. 1170 (JPC)
               -v-                                                     :
                                                                       :                ORDER
BARUCH SINGER et al.,                                                  :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Illinois Insurance Company filed the Complaint in this action on February 9, 2021. Dkt. 1. Defendants Baruch Singer, CoWorkrs, LLC, CoWorkrs 3rd Street LLC, CoWorkrs 23rd Street LLC, CoWorkrs 55 Broadway LLC, and CoWorkrs 60 Broad Street LLC were served with the Complaint on February 16, 2021, making their answers due by March 9, 2021. Dkts. 8-9, 11-14. Defendant Bond Downtown Phoenix, LLC was served with the Complaint on March 24, 2021, making its answer due April 14, 2021. Dkt. 46. To date, none of the Defendants have appeared in this action nor answered the Complaint. Clerk's Certificates of Default were filed for Defendants Baruch Singer, CoWorkrs, LLC, CoWorkrs 3rd Street LLC, CoWorkrs 55 Broadway LLC, and CoWorkrs 60 Broad Street LLC on March 26, 2021. Dkts. 35-37, 40-41. A Clerk's Certificate of Default was filed for Defendant CoWorkrs 23rd Street LLC on March 29, 2021. Dkt. 45.

The docket reflects that Plaintiff has not requested a certificate of default for Defendant Bond Downtown Phoenix, LLC. By no later than May 12, 2021, Plaintiff is directed to file a letter,

describing whether Plaintiff plans to move for default judgment as to Bond Downtown Phoenix, LLC. If so, Plaintiff is directed to file a request for a certificate of default as to that Defendant by May 15, 2021.

SO ORDERED.

Dated: May 5, 2021
New York, New York

                                                               _____
                                                                     JOHN P. CRONAN
                                                                United States District Judge