Date of Service: October 15, 2021

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490
*Attorneys for Plaintiff*
*Illinois Union Insurance Company*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, | Civ. Action No.:  21-cv-01170 (JPC) |
| Plaintiff, | |
| v. | |
| BARUCH SINGER; BOND DOWNTOWN PHOENIX LLC; COWORKRS LLC DBA BOND COLLECTIVE; COWORKRS 23RD STREET LLC; COWORKRS 55 BROADWAY LLC; COWORKRS 60 BROAD STREET LLC; COWORKRS 3RD STREET LLC; J. DOE(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS); and XYZ CORP(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS), | *ORAL ARGUMENT REQUESTED* |
| | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

**TO:**   Richard L. Yellen & Associates, LLP
Attn: Brendan C. Kombol, Esq.
111 Broadway, 14th Floor
New York, New York 10006
Ph (212) 404-6988
Fx (212) 404-7857
bkombol@yellenlaw.com

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, the undersigned, as counsel for Plaintiff Illinois Union Insurance Company will move before the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order of Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Illinois Union Insurance Company shall rely upon the pleadings filed in this matter, as well as the annexed and incorporated Memorandum of Law, Affidavit of Natalie M. Mercandetti, Esq. (sworn to this 15th day of October, 2021) with exhibits, and Statement of Material Facts pursuant to Local Rule 56.1.

**PLEASE TAKE FURTHER NOTICE THAT** oral argument is requested if opposition to this motion is filed.

Dated: October 15, 2021

McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
*Attorneys for Plaintiff*
*Illinois Union Insurance Company*

By:   */s/ Michael R. Morano, Esq.*
Michael R. Morano, Esq.
225 Liberty Street, 36th Floor
New York, New York 10281
(212) 483-9490
mmorano@mdmc-law.com

Defendants shall file their opposition by November 2, 2021. Plaintiff shall file its reply by November 9, 2021.

SO ORDERED. Date:
October 19, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

2