```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ILLINOIS UNION INSURANCE CO.,                                          :
                                                                       :
                                  Plaintiff,                           :
                                                                       :       21 Civ. 1170 (JPC)
        -v-                                                            :
                                                                       :       ORDER
BARUCH SINGER et al.,                                                  :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court referred this case to the mediation program on May 26, 2021. Dkt. 60. Mediation conferences have subsequently been scheduled for August 5, 2021, September 1, 2021, September 9, 2021, and October 7, 2021, but none were held. On September 22, 2021, the parties filed a joint status letter indicating that they were hopeful that the case would settle, perhaps at a future mediation conference, despite the delays. Dkt. 61. Plaintiff has subsequently moved for summary judgment, Dkt. 62, and Defendants failed to oppose by the deadline of November 2, 2021, Dkt. 63.

The parties shall file a joint status letter by December 3, 2021, updating the Court on the progress of settlement discussions and any scheduled mediation sessions. Defendants shall also inform the Court whether they intend to oppose Plaintiff's motion for summary judgment.

SO ORDERED.

Dated: November 30, 2021
       New York, New York

                                                        JOHN P. CRONAN
                                                        United States District Judge