UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ILLINOIS UNION INSURANCE CO.,                  :
:
                      Plaintiff,          :
:         21 Civ. 1170 (JPC)
     -v-                                        :
:         ORDER
BARUCH SINGER *et al.*,                        :
:
                      Defendants.         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court ordered the parties to file a joint status letter by December 3, 2021. Dkt. 64. The Court has not received the letter. The parties are ordered again to file the letter by December 10, 2021.

       SO ORDERED.

Dated: December 8, 2021
       New York, New York
                                                            _____
                                                            JOHN P. CRONAN
                                                            United States District Judge