UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ILLINOIS UNION INSURANCE CO.,                                          :
                                                                       :
                                Plaintiff,                        :
                                                                       :        21 Civ. 1170 (JPC)
   -v-                                                                 :
                                                                       :        <u>ORDER</u>
BARUCH SINGER *et al.*,                                                :
                                                                       :
                                Defendants.                       :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court ordered the parties to file a joint status letter by January 3, 2022. Dkt. 67. The Court has not received the letter. The parties are ordered again to file the letter by January 12, 2022. A similar problem has occurred in this case before, *see* Dkt. 65, and the parties are reminded of the importance of diligent compliance with the Court's Orders.

       SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                                       JOHN P. CRONAN
                                            United States District Judge