```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ILLINOIS UNION INSURANCE COMPANY,

                                    Plaintiff,

    -against-

BARUCH SINGER et al.,

                                    Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**21-CV-1170 (JPC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter scheduled for Friday, April 1, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Friday, May 6, 2022 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 29, 2022 by 5:00 p.m.**

    SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge