```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ILLINOIS UNION INSURANCE COMPANY,                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :      21 Civ. 1170 (JPC) (KHP)
        -v-                                                            :
                                                                       :            ORDER
BARUCH SINGER et al.,                                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff moved for summary judgment on October 15, 2021, Dkt. 62, and a settlement conference is scheduled before the Honorable Katharine H. Parker for May 6, 2022, Dkt. 76. In the event that the case is not resolved, Defendants shall oppose the pending motion by May 27, 2022, and Plaintiff shall file its reply, if any, by June 3, 2022.

      SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                      JOHN P. CRONAN
                                         United States District Judge