# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

MICHAEL R. MORANO
(973) 425-4174
MMORANO@MDMC-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2022

May 2, 2022

**BY CM/ECF**
Magistrate Judge Katharine H. Parker
United States District Court,
For the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/02/2022

      RE:   *Illinois Union Insurance Company v. Baruch Singer, et al.*
             Case No. 21-cv-1170 (JPC)

Dear Magistrate Judge Parker:

    We represent Plaintiff, Illinois Union Insurance Company ("Plaintiff"). Plaintiff and the defendants in this action respectfully request that the Court adjourn for 30 days the conference currently scheduled for May 6, 2022. The parties have reached a deal in principle and are in the process of exchanging for execution settlement documents. This action will be dismissed when the settlement terms are complied with and deliverables thereunder are provided. Counsel for the parties have been and are working cooperatively and are optimistic that the settlement documents will be fully executed shortly. Given the aforementioned status of this matter, including that the parties have reached a deal in principle, and because the parties seek to commit resources to resolving this matter without further court intervention, Plaintiff and defendants respectfully submit that there is good cause to adjourn the referenced conference.

    We appreciate the Court's attention to this matter. Should the Court have any questions, comments or concerns, we are happy to make ourselves available at the Court's convenience.

                                          Respectfully Submitted,

                                    McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                                          */s/ Michael R. Morano*

                                          Michael R. Morano

cc:      Counsel of Record

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO · CONNECTICUT · DELAWARE · FLORIDA · MASSACHUSETTS · NEW JERSEY · NEW YORK · PENNSYLVANIA · RHODE ISLAND