```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                          Plaintiff,                     **ORDER**

          -against-                     21-CV-1170 (JPC)

BARUCH SINGER et al.,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court requests an update from the parties as to the status of Settlement by **August 15, 2022.**

SO ORDERED.

Dated: July 30, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge