```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ILLINOIS UNION INSURANCE COMPANY,

                              Plaintiff,

     -against-

BARUCH SINGER et al.,

                         Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT STATUS CONFERENCE**

**21-CV-1170 (JPC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The conference to discuss the parties' settlement agreement scheduled for Tuesday, November 15, 2022, at 11:50 a.m. is hereby rescheduled for **Tuesday, November 29, 2022 at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

Parties must attend this conference with their counsel.

     **SO ORDERED.**

Dated: November 15, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge