```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ILLINOIS UNION INSURANCE COMPANY,

                                    Plaintiff,

        -against-

BARUCH SINGER et al.,

                                  Defendants.
-----------------------------------------------------------------X

**AMENDED ORDER SCHEDULING SETTLEMENT STATUS TELEPHONE CONFERENCE**

21-CV-1170 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A telephonic Settlement Status Conference in this matter is hereby scheduled for **Friday, March 31, 2023 at 10:30 a.m.**  Representatives of the defendants, including the individual defendant, Mr. Singer, are required to participate in this conference.  The Parties' are directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

Dated: March 29, 2023
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge