```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                              Plaintiff,                   **ORDER**

            -against-                              **21-CV-1170 (JPC)**

BARUCH SINGER et al.,
                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court requests an update from the parties as to the status of Settlement by **June 8, 2023.**

      SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                         United States Magistrate Judge