UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ILLINOIS UNION INSURANCE COMPANY,                :
:
                 Plaintiff,             :
:       21 Civ. 1170 (JPC) (KHP)
    -v-                                         :
:       ORDER
BARUCH SINGER *et al.*,                           :
:
                Defendants.            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will conduct a status conference by telephone on August 29, 2023 at 10:00 a.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261, and be prepared to provide the Court with an update on the current status of settlement.

      SO ORDERED.

Dated: August 23, 2023
       New York, New York
                                            JOHN P. CRONAN
                                   United States District Judge