UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                Plaintiff,

     -v-

BARUCH SINGER *et al.*,

                Defendants.
------------------------------------------------------------------------X

21 Civ. 1170 (JPC) (KHP)

ORDER

JOHN P. CRONAN, United States District Judge:

      For the reasons discussed on the record at the conference held on September 7, 2023, if Plaintiff elects to file an amended complaint, it shall do so by October 5, 2023.

      SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                                JOHN P. CRONAN
                                           United States District Judge