UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                          :

ILLINOIS UNION INSURANCE COMPANY,     :

              Plaintiff,        :

      -v-                  :        21 Civ. 1170 (JPC)

BARUCH SINGER; BOND DOWNTOWN PHOENIX  :       ORDER
LLC; COWORKRS LLC DBA BOND COLLECTIVE;  :
COWORKRS 23rd STREET LLC; COWORKRS 55  :
BROADWAY LLC; COWORKRS 60 BROAD STREET  :
LLC; COWORKRS 3rd STREET LLC; SHLOMO  :
SILBER; J. DOE(S) 1- 10 (FICTICIOUS NAMES  :
REPRESENTING UNKOWN INDIVIDUALS); and  :
XYZ CORP(S) 1-10 (FICTICIOUS NAMES  :
REPRESENTING UNKOWN CORPORATIONS),  :

            Defendants.    :

-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court notes that no attorney appeared for Defendants at the last court appearance on July 2, 2024. Mr. Kombol and Mr. Yellen have not been relieved as counsel in this case and, in fact, Mr. Kombol filed an Answer to the Amended Complaint on behalf of Defendants on November 15, 2023, Dkt. 126. Counsel for Defendants is required to appear at the telephonic conference scheduled for July 25, 2024, at 2:30 p.m., and must appear at all conferences unless and until relieved in this matter. Continued failure to appear at Court-ordered conferences may result in sanctions.

      SO ORDERED.

Dated: July 19, 2024
      New York, New York                  JOHN P. CRONAN
                                    United States District Judge