UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ILLINOIS UNION INSURANCE CO.,                                     :
                                                                  :
                        Plaintiff,                      :
                                                                  :    21 Civ. 1170 (JPC)
     -v-                                                         :
                                                                  :    <u>ORDER</u>
BARUCH SINGER *et al.*,                                           :
                                                                  :
                        Defendants.                    :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    As stated on the record during the conference held on November 18, 2024, the Court grants attorney Brendan C. Kombol's request to be admitted *pro hac vice* in this matter and waives Mr. Kombol's obligation to pay admission fees.

    SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                          _____
                                                          JOHN P. CRONAN
                                                          United States District Judge