UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                                  Plaintiff,                           **ORDER**

                -against-                           21-CV-1170 (JPC) (KHP)

BARUCH SINGER, ET AL.

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on "the appropriate amount of fees and expenses that IUIC incurred in connection with its execution of the Bond." (ECF No. 158.) The Court hereby schedules a telephonic conference to discuss the briefing for the inquest, to take place on **July 29, 2025, at 4:00 p.m.** The parties shall dial into +1 646-453-4442, 545482148# at the scheduled time.

      SO ORDERED.

Dated: July 2, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge