UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                        :
ILLINOIS UNION INSURANCE COMPANY,                       :
                                                        :
                              Plaintiff,                :
                                                        :            21 Civ. 1170 (JPC)
           -v-                                          :
                                                        :            ORDER
BARUCH SINGER *et al.*,                                 :
                                                        :
                              Defendants.               :
                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons expressed in this Court's June 30, 2025 Opinion and Order, Dkt. 157, this

Court's February 10, 2026 Order Adopting Report and Recommendation, Dkt. 164, and Plaintiff's

February 24, 2026 letter, Dkt. 165, the Clerk of Court is respectfully directed to enter final

judgment in Plaintiff's favor and to award Plaintiff $1,115,235.92—inclusive of attorneys' fees,

costs, and interest—jointly and severally against Defendants Baruch Singer, Shlomo Silber, Bond

Downtown Phoenix LLC, CoWorkrs LLC *d/b/a* Bond Collective, CoWorkrs 23rd Street LLC, and

CoWorkrs 60 Broad Street LLC.  The Clerk of Court is also respectfully directed to close this case.

SO ORDERED.

Dated: February 26, 2026
       New York, New York                    _____
                                                      JOHN P. CRONAN
                                                  United States District Judge