**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

|  |  |
|---|---|
| Plaintiff, | 21 **CIVIL** 1170 (JPC) |
| -against- | **JUDGMENT** |
| BARUCH SINGER et al., | |
| Defendants. | |

--------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Orders dated February 10, 2026 and February 26, 2026, the Court adopts the

Report & Recommendation in its entirety. Judgment is entered in Plaintiff's favor and to award

Plaintiff $1,115,235.92—inclusive of attorneys' fees, costs, and interest—jointly and severally

against Defendants Baruch Singer, Shlomo Silber, Bond Downtown Phoenix LLC, CoWorkrs

LLC *d/b/a* Bond Collective, CoWorkrs 23rd Street LLC, and CoWorkrs 60 Broad Street LLC;

accordingly, the case is closed.

**Dated:**  New York, New York
      March 2, 2026


                    **TAMMI M. HELLWIG**

                  _____

                      **Clerk of Court**


           **BY:**  _____
                      **Deputy Clerk**